Case 4:22-cr-00071-KGB   Document 3   Filed 03/02/22   Page 1 of 4

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAR 02 2022

TAMMY H. DOWNS, CLERK
By: _____ Tammy C/V
                                   DEP CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 4:22-cr- 00071 KGB |
| v. | ) | |
| MADISON CLARK, | ) | |
| KESHOUN COLEMAN, | ) | |
| DEUNTAE DIGGS, | ) | |
| DERRICK HARRIS, | ) | |
| KARL HARRIS, | ) | |
| TERRENCE HOLMAN, | ) | |
| BREYLN LONDON, | ) | |
| BRANDON SHAVERS, | ) | Title 18, U.S.C. § 1344 |
| KHI SIMMS, and | ) | Title 18, U.S.C. § 1349 |
| QUENTIN WATSON | ) | Title 18, U.S.C. § 1343 |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT 1

*(Conspiracy to Commit Bank Fraud)*

From in or about January 2021, through in or about August 2021, in the Eastern District of Arkansas and elsewhere, the defendants,

MADISON CLARK, KESHOUN COLEMAN, DEUNTAE DIGGS, DERRICK HARRIS, KARL HARRIS, TERRENCE HOLMAN, BREYLN LONDON, BRANDON SHAVERS, KHI SIMMS, and QUENTIN WATSON,

along with others known and unknown to the Grand Jury, voluntarily and intentionally conspired and agreed to execute and attempt to execute a scheme to defraud Bank of America (BOA), and to obtain and attempt to obtain money owned and under the control of BOA and other banks, by means of materially false and fraudulent pretenses, representations, and promises, all at a time when the accounts of BOA were insured by the Federal Deposit Insurance Corporation, in violation of Title 18, United States Code, Section 1344.

3

A. INTRODUCTION

At all times material herein:

1. Bank of America (BOA) served as the issuing financial institution for unemployment debit cards for multiple state unemployment systems. Some states issue unemployment payments in the form of a debit card. California does this through the California Employment Development Department.

2. As part of its duties, BOA had a role in managing and processing transactions made with these cards. BOA also conducted fraud prevention or mitigation activities regarding these cards.

3. BOA outsourced some of these duties regarding unemployment debit cards to other companies, one of which was TTEC, a customer service company formerly known as TeleTech.

4. MADISON CLARK was a contract employee of TTEC. Her duties included answering consumer questions involving unemployment debit cards as well as claims processing for unemployment debit cards.

5. BOA was and is insured by the Federal Deposit Insurance Corporation and has locations throughout the country, including in the Eastern District of Arkansas.

B. THE SCHEME

From on or about January 26, 2021, to in or about August 2021, in the Eastern District of Arkansas and elsewhere, the defendants, listed below, and others known and unknown to the Grand Jury, with intent to defraud, voluntarily and intentionally devised and intended to devise a scheme to defraud BOA, and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises.

C. MANNER AND MEANS

1. When an unemployment cardholder claimed a transaction was not authorized, BOA could grant a "provisional credit" to that card to reimburse the amount of the disputed transaction.

It was part of the scheme and artifice to defraud that defendant MADISON CLARK accessed BOA systems without authorization to reissue debit cards, remove fraud blocks, and add provisional credits to unemployment debit card accounts, resulting in more than $2 million in losses.

2. In transferring the money at BOA to add provisional credits to unemployment debit card accounts, with each transaction, defendant MADISON CLARK caused an interstate wire transfer to be made.

3. It was part of the scheme and artifice to defraud that KHI SIMMS, and the defendants listed below, and others SIMMS recruited, known and unknown to the Grand Jury, obtained fraudulent debit cards in order to withdraw the funds MADISON CLARK made available. In withdrawing those funds, with each withdrawal, the defendants listed below caused an interstate wire transfer to be made.

4. Defendant MADISON CLARK was not authorized to make the transfers and did so without permission, and the defendants listed below were not authorized to withdraw the funds, all of whom received money to which they were not entitled.

All in violation of Title 18, United States Code, Section 1349.

## COUNTS 2 – 11

*(Wire Fraud)*

D. THE SCHEME

Sections A, B, and C of the Indictment are incorporated as though fully set out herein.

E. THE WIRES

On or about the dates set forth below, in the Eastern District of Arkansas and elsewhere, the defendants listed below, with the intent to defraud, voluntarily and intentionally and for the purpose of executing the scheme described above, caused to be transmitted by means of wire communication in interstate commerce the signals and sounds, that is, transfers to or from a BOA unemployment account, described below:

| Count | Defendant(s) | Date | Amount |
|---|---|---|---|
| 2 | MADISON CLARK | 04/15/2021 | $7,500 |
| 3 | KESHOUN COLEMAN | 04/13/2021 | $5,000 |
| 4 | DEUNTAE DIGGS | 04/14/2021 | $2,500 |
| 5 | DERRICK HARRIS | 04/15/2021 | $7,500 |
| 6 | KARL HARRIS | 04/13/2021 | $7,500 |
| 7 | TERRENCE HOLMAN | 04/06/2021 | $2,450 |
| 8 | BRELYN LONDON | 04/14/2021 | $5,000 |
| 9 | BRANDON SHAVERS | 04/14/2021 | $7,500 |
| 10 | KHI SIMMS | 04/05/2021 | $7,500 |
| 11 | QUENTIN WATSON | 04/07/2021 | $7,500 |

All in violation of Title 18, United States Code, § 1343.

## FORFEITURE ALLEGATION

Upon conviction of any of Counts 1 through 11 of this Indictment, the defendants, MADISON CLARK, KESHOUN COLEMAN, DEUNTAE DIGGS, DERRICK HARRIS, KARL HARRIS, TERENCE HOLMAN, BRELYN LONDON, BRANDON SHAVERS, KHI SIMMS, and QUENTIN WATSON, shall forfeit to the United States, under Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), all property, real or personal, which constitutes or is derived from proceeds traceable to the offense.

(END OF TEXT.  SIGNATURE PAGE ATTACHED.)