FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAR 10 2022

TAMMY H. DOWNS, CLERK
By:_____ 
                    DEP CLERK

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| V.        No. 4:22-CR-71-09-KGB | |
| KHI SIMMS | DEFENDANT |

## ORDER OF DETENTION

Defendant Khi Simms, through counsel, waived his right to an immediate bond hearing but reserved the right to request one at a later date. Accordingly, this Order of Detention is entered without prejudice.

Defendant is committed to the custody of the United States Marshal or a designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or held in custody pending appeal. Defendant must be afforded a reasonable opportunity to consult privately with defense counsel. On order of a United States Court or on request of an attorney for the Government, the person in charge of the corrections facility must deliver Defendant to the United States Marshal for a court appearance.

SO ORDERED, this 10th day of March, 2022.

_____
UNITED STATES MAGISTRATE JUDGE