**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § | |
| | § | |
| **Plaintiff(s)** | § | |
| | § | **Case No. 4:22CR00071-09 KGB** |
| **vs.** | § | |
| | § | |
| **KHI SIMMS,** | § | |
| | § | |
| **Defendant(s)** | § | |

## MOTION FOR CONTINUANCE

Comes now, the Defendant, Khi Simms, by and through undersigned counsel, Mark F. Hampton, and moves this Court for a continuance as follows:

1.      The Court has set this matter down for trial on or about April 18, 2022, at 9:30 a.m.

2.      Defendant requests a continuance of the April 18, 2022, jury trial date to a new date set by the Court.

3.      Defense counsel needs additional time to receive and review discovery and prepare for trial.

3.      Defense Counsel has spoken with AUSA Allison Bragg, and she does not object to this motion.  This motion is not made for delay or harassment.

4.      Defendant waives speedy trial.

**WHEREFORE PREMISES CONSIDERED**, Defendant, Khi Simms, moves this Court for a continuance of the trial date set for April 18, 2022, to a new date set by

the Court.  Further Defendant waives speedy trial as set out herein.


Respectfully submitted,

Mark F. Hampton
Arkansas Bar No. 85066
Attorney for Defendant
1122 West Capitol Avenue
Little Rock, Arkansas 72201
(501) 376-6277
(501) 376-6279 fax
MarkFHampton@aol.com


CERTIFICATE OF SERVICE

I hereby certify that on March 30, 2022, I electronically filed the foregoing with the Clerk of Court using CMM/ECF system, which shall send notification of such filing to the following:

Allison Bragg
Assistant U. S. Attorney
allison.bragg@usdoj.gov                 Mark F. Hampton
                                        Arkansas Bar No. 85066
                                        Attorney for Defendant
                                        1122 West Capitol Avenue
                                        Little Rock, Arkansas 72201
                                        (501) 376-0277
                                        (501) 376-6279 fax
                                        MarkFHampton@aol.com